IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02091-BNB

ROY J. MAIN,

    Applicant,

v.

WARDEN KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2007

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO SUPPLEMENT APPLICATION

    Applicant, Roy J. Main, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Main has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court must construe the application liberally because Mr. Main is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Main will be ordered to supplement the application with additional information.

    Mr. Main is challenging the validity of the sentence he is serving as a result of his conviction in Mesa County District Court case number 90-CR-128. Mr. Main alleges that he was convicted in 1990 and that he was sentenced to an indeterminate term of one day to life in prison. Mr. Main asserts in the application that he filed a direct appeal from the judgment of conviction and that he has not initiated any postconviction

proceedings in state court challenging the validity of his conviction or sentence. He also asserts that the judgment of conviction was affirmed on direct appeal on March 29, 2007, and that the Colorado Supreme Court denied his petition for writ of certiorari on direct appeal on August 13, 2007. A copy of the Colorado Supreme Court's August 13, 2007, order denying certiorari review is attached to the application. The August 13 order indicates that the Colorado Court of Appeals case number from which certiorari review was being sought was 05CA2231. Because that case number indicates the appeal to the Colorado Court of Appeals was filed in 2005, it appears that the state appellate court orders issued on March 29, 2007, and August 13, 2007, relate to a state court postconviction motion filed by Mr. Main and not his direct appeal.

The court has reviewed Mr. Main's application and finds that additional information is necessary to determine whether the application is timely filed pursuant to 28 U.S.C. § 2244(d). It is not clear when Mr. Main's conviction became final because, as discussed above, it is not clear whether he filed a direct appeal and, if so, when the direct appeal concluded. In addition, although Mr. Main alleges that he has not filed any state court postconviction motions, the documents attached to the application indicate that he has filed at least one postconviction motion challenging the conviction or sentence at issue in this action. Therefore, Mr. Main will be directed to file a supplement to the application that provides the information necessary to determine if this action is timely filed. To summarize, the information the court requires is the date on which the direct appeal concluded if a direct appeal was filed and the date Mr. Main filed his postconviction motion. If Mr. Main has filed more than one state court postconviction motion, he must specify for each motion when it was filed, when it was

denied, and when the state appellate courts issued any decisions in connection with the postconviction motion. Accordingly, it is

ORDERED that Mr. Main file **within thirty (30) days from the date of this order** a supplement to the habeas corpus application that provides the information requested in this order. It is

FURTHER ORDERED that if Mr. Main fails to file a supplement to the habeas corpus application that provides the information requested in this order within the time allowed, the action will be dismissed without further notice.

DATED October 19, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02091-BNB

Roy J. Main
Prisoner No. 48337
Sterling Correctional Facility
PO Box 6000 – Unit 21
Sterling, CO 80751

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/19/07

GREGORY C. LANGHAM, CLERK

By: Angie
   Deputy Clerk